GEORGE H. ENGLEHARD, receiver, &c;, complainant,

*v.*

GEORGE J. SCHROEDER et al., defendants.

[Decided April 25th, 1924.]

On appeal from an order of the court of chancery advised by Vice-Chancellor Church, whose opinion is reported in *95 N. J. Eq. 491.*

*Messrs. Coult & Smith,* for the appellant.

*Mr. Harry Lane,* for the respondents.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Church.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, CLARK, McGLENNON—13.

*For reversal*—None.